IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Janet Deloris Nelson Johnson c/o Timothy Darrell Johnson, Jr., <br><br>            Plaintiff, <br><br>v. <br><br>City of North Charleston Police Department, <br><br>            Defendant. | No. 2:14-cv-102-RMG <br><br>ORDER |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge recommending that this action be dismissed without prejudice and without issuance of process. (Dkt. No. 11). For the reasons set forth below, the Court agrees with and adopts the R&R as the order of the Court.

## Background

Plaintiff, proceeding pro se and in forma pauperis, filed this action on behalf of her son who was allegedly beaten by several officers of the North Charleston Police Department. Pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(e) DSC, this case was assigned to a Magistrate Judge for all pretrial proceedings. Under established local procedure in this judicial district, the Magistrate Judge conducted a careful review of the complaint pursuant to the provisions of 28 U.S.C. § 1915 and in light of the following precedents: *Neitzke v. Williams*, 490 U.S. 319 (1980); *Estelle v. Gamble*, 429 U.S. 97 (1976); *Haines v. Kerner*, 404 U.S. 519 (1972); and *Gordon v. Leeke*, 574 F.2d 1147 (4th Cir. 1978). The Magistrate Judge then issued the present R&R recommending this case be dismissed without prejudice and without issuance and service of process. (Dkt. No. 11). Plaintiff filed no objections to the R&R.

1

### Legal Standard

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objection is made. Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

### Discussion

After review of the record and the R&R, the Court finds no clear error on the face of the record and therefore agrees with and wholly adopts the R&R as the order of the Court. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005). The Court agrees with the Magistrate Judge that Plaintiff, a non-attorney, may not bring this action on behalf of her son and that she lacks standing to pursue a claim on her own behalf.

### Conclusion

As set forth above, the Court agrees with and wholly adopts the R&R as the order of the Court. (Dkt. No. 11). Accordingly, this action is dismissed without prejudice and without issuance and service of process.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

March 6, 2014
Charleston, South Carolina

2